UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00397-FDW-DCK

| CALVIN G. LATIMER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Dismiss (Doc. No. 9) and Plaintiff's "Motion to Hear Objection to Dismissal (Doc. No. 14). The Magistrate Judge entered a Memorandum and Recommendation ("M&R") (Doc. No. 23), recommending that the Court deny Plaintiff's motion and grant Defendant's motion. The parties were advised that objections were to be filed in writing within fourteen (14) days after service of the M&R. (Doc. No. 23, p. 6). The time for filing objections has since passed, and no objections have been filed by either party in this matter. For the reasons stated below, the Court DENIES Plaintiff's motion and GRANTS Defendant's motion to dismiss this case.

Plaintiff, who appears *pro se*, has also filed a Motion "for the Court to Over-Turn Social Security Dismissal from this Case." (Doc. No. 18). That motion was filed prior to the M&R and, as best as the Court can decipher, seeks reconsideration of this Court's previous ruling striking his claim concerning the termination of parental rights but allowing Plaintiff to proceed against the Social Security Administration for the denial of disability benefits. The Court is perplexed by this motion because the order to which Plaintiff seeks reconsideration did not

dismiss the claims related to social security benefits. Plaintiff has also moved for "Entry of Default" on the basis that Defendant has not filed an answer. (Doc. No. 21). In light of the Court's ruling below affirming and adopting the M&R, both of these motions are DENIED AS MOOT.

I. STANDARD OF REVIEW

The Federal Magistrate Act provides that a district court "shall make a *de novo* determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); Camby v. Davis, 718 F.2d 198, 198 (4th Cir. 1983). "By contrast, in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Here, no party filed any objection to the M&R, and the time for doing so has expired.

II. CONCLUSION

Accordingly, after a careful review of the record in this case, the Court finds that the Magistrate Judge's findings of fact are supported by the record and his conclusions of law are consistent with and supported by current case law. Thus, the Court hereby accepts the M&R of the Magistrate Judge and adopts it as the final decision of this Court for all purposes relating to this case.

IT IS, THEREFORE, ORDERED that

1. Defendant's Motion to Dismiss (Doc. No. 9) is GRANTED;
2. Plaintiff's Motion for Hearing (Doc. No. 14) is DENIED;

3. Plaintiff's Motion "for the Court to Over-Turn Social Security Dismissal from this Case" (Doc. No. 18) is DENIED AS MOOT; and

4. Plaintiff's Motion for Entry of Default (Doc. No. 21) is DENIED AS MOOT.

5. Plaintiff's case against Defendant is DISMISSED, and the Clerk is respectfully directed to close this case and send a copy of this Order to defense counsel and Plaintiff at his address of record.

IT IS SO ORDERED.

Signed: February 27, 2013

Frank D. Whitney
United States District Judge